# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| WILLIE JAMES PHILLIPS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF GEORGIA, OFFICE OF ) <br> THE STATE ATTORNEY ) <br> GENERAL, THURBERT E. BAKER, ) <br> and KRISTENIA CONNLEY, ) <br> ) <br> Defendants. ) | Case No. CV408-015 |

## REPORT AND RECOMMENDATION

In an order dated April 9, 2008, the Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 8.) The Court warned plaintiff that his failure to return these forms within 30 days would result in the dismissal of his case. (Id.) Since plaintiff has not returned the required forms, his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 19th day of September, 2008.

/s/ Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA