# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

WILLIE JAMES PHILLIPS, )
)
   Plaintiff, )
)
v. ) Case No. CV408-015
)
STATE OF GEORGIA, OFFICE OF )
THE STATE ATTORNEY )
GENERAL, THURBERT E. BAKER, )
and KRISTENIA CONNLEY, )
)
   Defendants. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 20th day of November, 2008.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA